IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VIRIGINIA
ROANOKE DIVISION

Justin J. Allee # 16473-047    )
U.S. Penitentiary Lee    )
P.O. Box 305    )
Jonesville. VA. 24263    )    CASE NO: TO BE ASSIGNED
        Plaintive.    )    BY THE COURT
            V.    )    7:21 CV184 ⓙ

AUSA, Attorney General William Barr, The Federal Bureau of Prisons (F.B.O.P) offical (s); Inspector General, F.B.O.P Assistant Director, Mid Atlantic & Central Regional Office Directors, Office of Professional Conduct and Responsibility; Dept. of Justice; Congress: The House Senate; Excutive Powers of The Federal Government; U.S. Peniteniary Warden(s) & Assoc. Streeval, Hicks & Goldey, Captain Kemmerer, Administrative Medical Director Mrs. Sailers, U.S.P. Lee & Mid Atlantic Administrative Remedy Coordinators; Lt. Mullins, (C.O.) Bradburn; Lt. LaFave, (C.O.) J. Robbins; The Guards Union, it's Bill of Rights; The Administrative Policies Protection clauses of the B.O.P, and it's clauses for cloaking use of excessive force; and unknown Agents of the (F.B.O.P); Corrections Information Council offices, Washington, DC.        Defendant(s)

I, Justin James Allee, do petition this Honorable court in all it's power of Application as a lawymen of the law, I do petition by exercizing under 28 U.S.C § 1915, allowing an indigent litigant to commence an action in the court

(1) of 23

without prepaying the administrative cost of proceeding a lawsuit. I am attempting now to obtain a financial state-ment from Trust Funds Administrator Mrs. Dye.

I, Justin James Allee, in Pro Se and in Forma Pauperis do file a 42 U.S.C § 1983 Bivens, and; a 28 U.S.C § 2241 Habeaus Petition for consideration of resentencing under 18 U.S.C §§ 3582 & (3553) and the (? 3826?) three Judge Panel review of Prison officals violating Federal law; various changes in criminal law; the First Step Act, the Second Chance Act, the Cares Act, and; Recommendations by Congress, and Presidential Powers; and by B.O.P Employee concerns requesting to reduce the F.B.O.P Prison Population to prevent the spread and infection of COVID-19. These laws, science, and recom-mendations have blantantly been disregarded to maintain F.B.O.P employment rather than safety.

Claims of violations upon the following pages will have to be amended as investigation unfolds, yet, Violations enclude: Violations of Prisoners basic and fundamental right's to life, liberaty, and property; Derelict of duty, neligence leading to assault & death; deliberate indifferance to public and Prisoners lives; Violation of Due Process by transferring to a dangerous & Punitive Facility as retalation and planting a weapon and (to) hinderance of executing Administrative

(2) of 23

remedies: Inappropriate and unprofessional conduct by Prison officals Abusing Institutional discreation clauses; retaliation for initiating civil complaint; failing to respond & take COVID-19 serious; Abuse of Power & Authority.

As Capricious as this petition my appear? It does provide substantantial reasoning and purpose to serve the greater welfare & security of our Nation and it's social complexity; some of the forementioned persons & bodies as defendants are merely ment to make 'them' undeniable 'conscious' of Prison environments.

So please, do not write off it's claims as frivolous, malicious, fanciful, fantastic, or delusional; but rather apoint counsel (Alan Graf swvirginia@nlg.org) to seperate, investigate factual circumstances and present properly as to cause the focus in which our Nation takes to modernize our penal codes the same way it discontinued burning at the stake (1800(s)) & whipping (1960(s)) prisoners as a means of discipline and control; recognizing prisons and it's corporal punishment demoralizes our society. Utilizing collective consciousness to heal our past presently, rather than continuing the cycle of victimization in which our past prejudicies continue dictating hostilities and anomosities into our everyday lives, disrupting our innovative abilities to advance as a humanity.

<u>Background</u> : i am a 5th generation American incarcerated by Abuse, and Addiction by mental & spiritual poverty affected by the over reaching corrupt prison pipe-lines over investments in the "House of Corrections", the "Federal Bureau of Prisons". How & Why?

My Great times over Grandmother was indigenous to North America and forcefully removed from her Ancestral lands. Thus cursed into mass incarceration, confinement in federal custody; later in life, Prisons sadistic culture stole it's way into our family and community by members of our family and community being housed in the (F.B.O.P) and made worse! Then as a child, GANGS spread across our lands and the civil rights fight, law changes exploded prison populations by F.E.A.R that Prison officals dealt with by using seperatist ideological tactics that have radicalized a criminal network spanning the globe throughtout F.B.O.P Institutions.

I was judicially institutionalized as a child into social services, abused into juvenile detention centers, jumped into a street gang at 9 yr's of age; sentenced to adult state prison corrections at age 15, 1995 State of Nebraska; In 2000 at age 20, I was sentence to 54 yr's in federal court because I didn't take a 20 yr plea that would have falsely indicted innocent people; in 2003, I was indicted for a crime committed in 1995 by several juveniles resulting in murder. Convicted, I was sentenced to an agitated consecutive sentence to my federal sentence in state court to 65 years

(4) of 23

for a crime committed as a juvenile, sentencing me to a "De Facto Life Sentence"; the courts are omitting considering these time frames, footnoting that my state sentence began 2003; yet the F.B.O.P and Nebraska Marshals have a detainer stating otherwise. See: Allee 8:00CRB3 Aug 2006; 8:05 CV 229; 8:17 CV 455.

These conviction sentences would see me die in correctional custody for crimes committed as a neglected and bitterly under developed Youth/Adult. Awakening to such a dark fate caused a conflict in all my senses; abused and born addicted, neglected to vile violations in my childhood adolescences made me bitterly confused and lost in a mocking system cloaked as corrections yet in all reality is a masked retribution center of madness! Rather than subcoming? I desided to become an agent of change!

This change took time, yet nurtured a growth, effectiveness, transformation, and vision. I became a Former Gang Member by renouncing my oath ties to the criminal mind. Not an easy or encouraged process in prison; discouraged moreso strangely by institutional Authorities rather than ones peers, however. After many attempts to discourage this decision, my conduct of learning, listening, loving, and silence of steady boldness brought me to the throne of my Lord and Savior Jesus Christ in 2008. Although remaining with many inadequvices and misguided failures, never giving up gained

me a successful faith that became a witness to others, giving me a purpose and acceptance in prison settings to combate cycles of abuse and addiction leading to criminality and mass incarceration.

In 2008, Studying Humankindness.org, the House of Healing and various scriptures of all cultures, I was approached to assist, promot, and support "Prison Lives Matter"'s movement to "End All Racial Hostilities" in prisons; challenged to reach across party lines of gang-class warfare and conflict by Various Ethnical families and community organizations widely referred to as GANGS. These men and women desiring a better life and Society, one that doesn't explote them or the lives of their loved ones manifested the opportunity to create our own community. A language of healing, an organized self-corrective education based on Positive decision making Skills, a cognitive love language called GoGI, (gettingoutbygoingin .org) facilitated and nurtured by Rev. Doctor Mara L Taylor, along with peer based volunteer services visiting prison settings with non-Judgement objectivity and determination that combined our lifes experiances into an Ultimate Freedom Power Source that serves the greater good of humanity by establ-ishing HEALING & PURPOSE.

However, this Power Source and healing reduces the cycle of victimization and criminality. It takes away from the recidivism, it undermines the multi-billion(s)

of dollar(s) a year financing the mass incarceration monster business which serves NO purpose in large percentages, but does rather handicape & make stagnate Education - Economical - and theraputic innovative channels of our society by Preserving Prejudices & Anomosities.

I would draw upon documented events & grounds and Personal experiance within the (F.B.O.P) over the last 20yr's and clearly present factually the way in which the Prison's administration and bill of rights hides behind "Safety & Security" it's sadistic tactics and blind Iceburg Syndrome - "Prison offical's constantly treating the symptom of the problem rather than the cause."

   True Perspective is: The F.B.O.P & the Prison Complex has become so powefull in it's specail Interests as to become FACIST & TYRANICAL in it's unchecked Authority towards all bodies of government that it's Abuse & Failures has now become the CAUSE, and PROBLEM.

———————— EXAMPLES & GROUNDS ————————

How it calculates time differantly than Judges Sentences those convicted. How it moves custody points at whim and denies low custody placement and release to home confinement due to getting higher wages confining People at higher custody levels.

   2016, Prison Reform became a Climax Success and the

Political Campaign slogan by most political & public bodies; new laws released thousands of confined people. Congressional, and Presidential decisions by both Obama & Trump resulted in Federal Bureau of Prisons budget cuts & hiring freezes; the First Step Act gave hope and light in a miserable environment and the prison culture of settling decisions of dispute by violence decreased. Yet this light and reform threatens safety & security clauses and F.B.O.P pension plans, So?

Entire Administrations objective to Pro Prison Reform were replaced in both U.S. Penitentiary's McCreary & Lee. Replaced by Administrations militantly set on undermining decades of struggle to replace the destructive culture with a positive, productive, and powerful culture. How?

By encouraging and facilitating ignorance and violence as an incentive. Bed, Housing & employment records and misconduct reports in F.B.O.P National Data bases will affirm statedards that incite ignorance and violence. By forcing prisoners to live around those it knew would result in altercations that spreads like a virus infection both in prison, and society.

CASE EXAMPLE: 2017-18. An inmate transferring from an F.C.I to U.S.P McCreary attempted to be housed in (P.C.) Protective Custody, solitary confinement. Once placed thus, (SHU) Segergated Housing Unit officer's placed a (G.P.) General Population inmate in the cell with him. Lt. (unknown tome)

asked him, "are you going to the yard?" In prison, if you refuse a celly or G.P.?, you will be abused - bullied - and assaulted by both guards and other inmates. So the P.C. inmate said, "Yes". While being released to the yard (G.P.), he spoke with both U.S.P McCreary Chaplians Woods & Basil, both of whom he told, " I will probably be killed because I dropped out of an Aryan Organization and, (details unknown by me). Unit Manager Mabe of housing unit (4) knew all and more of this situation and still placed this (P.C.) inmate in unit (4A); the unit with the strongest presence of Aryan seperatist. Within an hour, this man was brutally murdered. Nurse Summers displayed one of the most heroic attempts, I've personally ever witnessed by a prison offical, to save a prisoner, and.

 I wanted it to be noted: I'm not claiming that all offical's in their individual private capacities are part of this cancer, but rather like a small cancer cell killing the whole body, the collective Prison Industry has become disengenuis by turning a blind-eye on the overall welfare of prisoners and society.

 Further Grounds enclude: Staff dramatizing Prisoners status & convictions to cause prisoner on prisoner conflict; Prisoners violently assaulting others are housed in isolation for (far shorter) periods than other prisoners committing far less infractions, and far less than prisoners utilizing administrative remedies. Staff with clear mental disorder issues found esculating events excessively and functioning

Poorly or inappropriate are rarely if ever Removed or held accountible

Grounds: cell extractions are being conducted with NO video footage, a clear signal okaying abuse. (on going)

Grounds: Education & Vocation classes are being cut, but Staff are still employed. Example: USP McCreary Education Supervisor Boler (threw away) over a hundred thousand dollars of text and equipment (computers) rather than leave them for casual use/study. USP McCreary ⁄ USP Lee Edu. Supervisors Boler and Sizemore cut access to learning time, stations, and Computers yet Staff are still collecting checks.

Grounds: 2016-17, Inner Visions outreach project to Educate Public and Court Authorities in Summer Set, KY.; on the realities of prisons Sponsored by Warden Holland presented and facilitated by John Watson, Rudy Martinez, Justin Allee, Mr. Palrco, B. Leonard, and 007 Butch; was cut by Regional Directors because we wouldn't agree to film.

The Reentry Program founded by Warden Holland, Mrs. Partin, Chaplian Woods, and several prisoners was politically high-Jacked and burned by Unit Manger Mabe.

Feeling false and port of deception, I disenclined on inventation to continue facilitating after a grace period from my misconduct. Enstead, I desided to address the chaos by asking (2018) U.S. Penitentiory Captain Thompson, "Is the

B.O.P deliberately sabotaging Prison Reform because of budget cuts and hiring freezes?" He laughed until I pointed out these direct examples and pointed out that the B.O.P. Union is campaigning on Highway Billboards, "Budget Cuts kills Guards". Less than a week later, I was awoken in the dawn hours and marched to solitary confinement, accused by S.I.S Weise of planning Food Strikes & Assaults on the Aryan brotherhood of Texas, (False Claims) NONE OF THIS TOOK PLACE

Defending myself of a special Management Placement by Submitting a statement to the Warden (Oct 2018) of my true designs, recorded witnessed in programming & in encouraging prisoners to utilize all avenues of opportunity encluding due process. I was transferred 2019, Jan., to U.S. Penitentiary Lee where the sadistic culture of the F.B.O.P operates at it's fullest capacities; see 4th Cir 2020 Neal V. U.S.P. Lee, Neal V. Leu, Mendez V. Leu.

2019, at U.S.P. Lee, Warden Brekon, Associate Warden Leu, Captain Short, and Lt. Boles were allowing and hands on in brutalizing prisoners and nothing has ended their culture of violence even thou they've all been removed (by promotion?) from U.S.P Lee. Even prisoners attempting to counter negative behaviors of Staff and Prisoners are brushed aside with comments like, "If we even tried (that) they'd be burning crosses in our Yards, this is Lee County Country". (THAT) was a work program using solar panels as an

incentive manufacturing program to A.W. Leu.

2020-21 COVID-19 Events & Grounds 2020-21

In attempting to address & participate with our nation by prisoners donating plazma, we were denied. Stating our concerns over failed restrictive protocals to prevent or control the infection of COVID-19, starting in March by conversations with Warden(s) Streeval, Hicks, and Goldey, to be told, "You want to sideline quarterback me son?, shit roles down hill and your at the bottom! So put your boots on!" To which I replied, "we're the ones on the field, sick and dieing! And this isn't a game!" On Aug, 28th 2020, I emailed my concerns that U.S.P. Lee Administrative Actions are violating our 8th Amendment & human rights. Less than five hours later, Captain Kemmerer, Lt. Hamilton, Lt. Mullins, P.M. Compound officer Martin, and (C.O.) Bradburn along with several unidentified officers wearing death head & Joker masks came into I-unit living quarters. The Captain left the unit while the remaining officers stormed my cell; placing me & stripping me in full view of the dorm in the shower area, yet taking my then celly Timothy Padgett to the unit team office. Unit officer Caffee, Lt. Hamilton and P.M. (C.O) Martin stated in disagreement with the other officers that, "this is retaliation, Allee's right!", "their getting done wrong', I want nothing to do with this!" leaving the unit. At this

all my property was thrown over the second tier while I was confined in the shower cage. The whole time, officer Bradburn and several unidentified officers continued taunting and threatening me with statements of getting me in (SHU) housing where non-compliant inmates are delt with! (Prisoners are brutalized in SHU) I was placed back in the cell.

I sent a sensitive Administrative complaint to mid Atlantic Region and was told, "these issues weren't sensitive, and to file a BP-9 in the institution", as soon as I did? The retaliation intensified by daily shakedowns; harrasment of the unit verbally stating to other prisoners it was because of me; denying request for custody level changes; central intercom was used nightly to agitate the unit; to now being placed in solitary confinement with my current cell mate, Matthew Constance #25328-171. You see, J. Robbins and Lt. LaFave planted a weapon in our cell after leaving a SHU meeting with the Captain, Warden, and Associates 1-14-2021 to randomly "find" a weapon in the cell; Finding a weapon in the living quarters of a person whose being considered for federal clemency #C184480 for 5 years now and most recently considered for state clemency; a man who for 20 yrs has only ever had an incident with a weapon that he took from one of several inmates attempting to assault him (2008); finding a weapon in the living quarters of a man who just happens

to be cronologically reporting on human rights & constitutional rights violation taking place by F.B.O.P officals? THREAT DELIVERED

I've wrote Attorney General William Barr; Inspector General, The office of Professional Conduct & Responsibility of the F.B.O.P; Corrections Information Council; The Center for Constitution Rights; Human Rights Defence Center; The National NY office of the ACLU; mid Atlantic & Central office of The F.B.O.P, to which was responded to per William Barr by the Same Warden my Complaint is with? To which he stated: "All confined persons are housed in Safe, humane, community based Institutions where Staff conduct themselves by the upmost Professional Standards". To which I responded to by offical business mail: "why then are thousands of Prisoners assaulted weekly?, Why are prisoners more than 500 miles outside their community's?, why are staff and Prisoners dying of murder and infection?, why are prisoners being given (NO CHANCE) to socially distance or protect themselves but are rather housed in overcrowded warehouses often flooded by sewage, trash, and served cold processed food, and cold Showers. Denied contact with our loved ones? Prisoner's are restricted in their cell's more than 23 hours a day for extended periods of weeks and months for over three years now. Staff (DO NOT) wear or exchange (PPE) masks or gloves after conducting cell & body searches, Prisoners

(14) of 23

incoming & outgoing are isolated in the same housing units; Prisoners testing Positive & negative are housed in the same unit; Prisoners testing positive are moved to new cells, and prisoners testing negative are moved into those testing Positive without grace time, or sanitized. Prisoners are forced to live in two person housing originally designed for one. Staff testing Positive are not required to stay off prison grounds. These are not protocals to prevent but spread COVID-19. I tested positive in Nov 2020, the first person brought to U.S.P Lee testing positive Abraham Hernandez was placed on the same Air Vent as me 1-125/1-225. My celly Oct 2020 Constance# 25328-171 came on a bus with several infected cases. This is not Professionally sound or CDC Guidelines.

I've filed Administrative remedies IRN: MM-56-20; Admin # 1063353-F1; IRN: MM-05-21 Staff Misconduct; NO: MM-04-21 Human rights violation - retaliation - hypocricy; (? 1052226-R1?) taken from me — and several others that are A) being denied to me, my files & property have been seized & confiscated, encluding my Admin Remedy Responses and Jailhouse Lawyer manuel creating extraoridanary circumstances, see Riddle V. kemma  B) others in process. I've requested assistance of counsel and intervention Administratively see (Some) Attachments.

(15) of 23

I'm currently waiting on a response for copies, files, and documentation requesting by FOIA, Freedom of Information Act. Ball point Pens are being denied to SHU Prisoners.

SEE Attached Commissary list

Statement of Concern

Complaints are Investigated by the same officals claims are against? Then accountibility is for them to be promoted? It must be stated, confronted, countered, and understood: That the F.B.O.P Institutions, especially United States Penitentorys and USP Lee are (one) of the greatest examples of Institutional systemic racism and criminal networks being an American culture glorification, because. It operates, preserves, and promotes gangs, ignorance, hate, supremacists. seperatist attitudes. The B.O.P is a fundamental cause of "why" so many caucasian, and non-white males with basic dysfunctional cognitive behaviors leading to criminality & incarceration turn to seperatist supremicy ideologies is because of what is force programmed into them while confined: CAUSE CHAOS TO NEED ORDER, the morro of the B.O.P; Protocals and Standards utilized by correctional officers to facilitate by least effert on their own; causing greedy employed tactics of division and geographic placement of prisoners in programming & work settings with C.O.'s often questioning at intake "who do you run with?" They do not take "Nobody" answers but rather classify you to some

identity. Often stating to prisoners, whites don't conduct themselves like blacks, etc,"and comments to blacks etc, "why don't you conduct yourself like whats?" Using Profanity and demeaning comments to keep prisoners at each others throats, and it's radicalizing prisoners, for decades now.

In issues of discipline they use shotcallers gang leaders to hold other prisoners accountible, or threaten and use corporal punishments like institutional lockdowns, or long time individual isolation.

Rather than treating behavioral disorders, staff create non-stop conflict and seperatist issues using profane derogitorial bigotries which leads the violence in the B.O.P and our communities. Individuals are losing their self-confidence and self-worth, taking up subjective identities that are leading factors of Anonosities in our society, in our neighbourhoods, our schools, and against governing bodies that are in large part cause & effect of prisoners being mistreated by standards equaling facism by witnessing and being subjected to abuse and low poor standards of officals rarely if ever held responsible for Abuse of Authority, Abuse of Prisoners, and civilians. As if the Justice system is against rather than for the People.

Prisoners are released in a passive aggressive yet highly agitated state regardless of their original convictions which blocks the ability to cognitively rationalize.

(17) of 23

F.B.O.P officals have killed with so-called "EXCESSIVE Force Clauses" and brutalized an untold number of prisoners. It's staff is 99.8% plus white, hence the white hatred growing in America, and causing seperatist factors that are viewed & expressed as : INSTITUTIONAL RACISM.

The reason I've used this petition as I have, to enclude habeas considerations is to become involved, using my life experiance greater than self, and. Law changes over the last several years make this possible; laws like, Miller V. Alabama, Montgomery V. Louisiana in juvenile sentencing reforms; Adult law changes like Mathis, Hill, Dimaya, and Johnson. Yet due to my ignorance of law, financial poverty inabling my meeting procedure, time frames or correct language like using Actual innocence statues rather than 3553 corrective sentences, or statues unaware to me, and. The 1996 AEDPA making a successive 2255 request impossible in my case. These laws are retroactive, yet not applied to me for lack of Application? The science's in these considerations & changes involve nuro damages to children like me, why not now as the functional mature man I've become today? Is forgiveness not in our fundamental teachings?

So, I would offer as a fully mature repentant adult to

present events/actions that the courts can report and Recommend by Judical power, encluding our governing bodies to consider so we as a BLACK. LATIN. ASIAN. CAUCASIAN. KNATIVE. PEOPLE can be United in healing our collective Past by Present engagements on prison reforms to bridge our differances by theraputic approach so we can then focus on our schools & Infranstructures.

That Approach is acknowledging Prison Institutions have demoralized & trumatized our Society over four hundred years and counting by Confining people in hostile prejudice prisons settings, settings of warehousing people in aggressive perversities; idle standards of being abused and neglected to circumstance of reaction & chance impulses, rather than conscious thought. Prisoners have everything forced from them, and on them! Nothing is consistant, normal, or regular, Just emotional Apathy.

Bringing up issues of Institutional racism will mostly "try" being denied, and likely cause administrative minds to retaliftate by forcing Nationalities - races of different origins to cell-up or something of said nature. Knowing it will cause chaotic violence! Why? Because prisoners are denied all they hold dear, denied their very genetic coding imprints and housed in perverse overcrowded conditions

(19) of 23

So they link with similarities and likeness to cope and survive. (No prisoner should be forced to cell with anyone)

In circumstance & environments of restriction, emotions by force effect over aggressive behaviors and once you just can't be passive or rationalize anymore? You snap! And the less like you those confined around you are?, the more aggressive & impulsive your reactionary behaviors become. Force & F.E.A.R is not the solution. It only demoralizes our individual & collective selves; current social & GEO climates prove this.

Self-sought conducive discipline from structure builds confidence and self-worth by accomplishing set goal's short - mid - and long term tasks, affirms a persons worth. Providing that in prison(s) is possible, but is not an encouraged standard, if it were? Prisoners would become equiped to learn skills & real articulation, (IF) given the chance & setting.

Right now the average prisoner has mental disorders caused by childhood adolescent events NEVER ADDRESSED. Your average incarcerated person has been abused, broken emotionally, mentally, and physically and then placed on medications as a coping mechinizm, thus stimulating addiction. So they have NO REAL work application. Prison Institution(s) does not address this as a standard, only as a "miracle" at billion(s) of dollars a year?

(20) of 23

For the circumstances these Institutional violations have effected myself and other confined people, I would request the following path towards healing & reconcilation: First & Foremost, Reinstate Federal Parole Retroactively; release All prisoners having served 2/3 of their sentence. Mandate Correctional officers to wear BODYCAMS so that disputes are conducted by FACT, not emotional dictations. All Prison officals and employees receive at-least two years Psychotherapy sessions & consistante training in said field so they have their own personal balance and ability to respond by empathy, assertively and by social engagement rather than by excessive Force aggression. During virus outbreaks or natural deasters, that prisoners be confined with consideration by staff wearing PPE mandated, (not choice). And not thought of as an after thought but rather utilized to it's greatest capacity. Discontinue kneeling on restrained prisoners; prisoners receive access to REAL INCENTIVIZED Programming that starts a saving account, teaches applications articulation of their skill; Learning how to BALANCE bill's, rent, and the cost of living, before release, while incarcerated! Tattoo removal opportunities, conjugal visits. Allow fathers real time with their children. Introduce humanity to prison environments; the real reason prisons are so violent and debasing is due to no constant source of empathy

or emotional support or emotional acceptance; No HUGES, No listening, Just FORCE! And brush off's! Introductions like emotional pet programs, real family visit times, garden & activities allowing prisoners to support & participate with family & community.

· Prisoners have to be envolved with expressing & learning to interact & engage to change the direction of our society. And that will require true theraputic stress relief programs like access to prescribed medications, CBD; physical outlets, Volunteer, and charity programs so prisoners get a real sense of community belonging. Up-dated modern access to communication & viewing devices like tablets & hand held's (No internet); modern housing that isn't wasteful or debasing.

Currently, Our Society has come to accept Incarceration as it's third largest business confining "trafficing (People), that is not humane. We're building on the principle that, "If You Build It, They Will Come." Come to the worst channels, thus the inventation for crime ignorance.

To Counter this negative, and release the harm done upon the souls of our people/nation, we must remove National Monuments Protetion Statues for any prison institution, and. Dismantle and Razen All institutions having once facilitated slavery or forced relocation of Indigenous People so that we as a Nation can heal towards real Unity and send a clear truthful message that we are the land of the free, by

discontinuing prison designs/Institutions and rather design greater access to Academia.

I could ask for millions for myself, but I'd rather settle seeing GIOGI, gettingoutbygoingin.org, The Lionheartfoundation.org, MakingTime Count House of Healing be encorporated in all Prison curriculas so we can live in the home of the Brave.

If these plea's & findings are ignored & concilidated to me alone? I ask for resentencing considerations and a civil settlement Judgement of up to 500,000.$^{00}$ to 5,000,000.$^{00}$ to be directed towards prison reform and personal restitution. and investment in GZUS, Go Zone United Service Center Abuse & Addiction recovery outreach program and the closure of U.S. Penitentiary Lee.

In Closing, I would recite a fellow black Irishmen:    They tell us, Sir, that we are weak, unable to cope with so formidable an adversary. But when shall we be stronger? Will it be next week? Will it be next Year? Will it be when we are totally disarmed and a guard stationed in every house? Sir, we are not weak if we made proper use of those means which God of Nature has placed in our Power.

I, Justin Allee state all of the above is true.

Justin Allee

(23)



Justin J. Allee
#16473-047
U.S. Penitentiary Lee
P.O. Box 305
Jonesville, VA. 24263

Legal mail

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7020 1810 0002 0375 1531

Clerk
Wester
Roano
Frankli
Roano



of The Court

District of Virginia

e Division

Road. S.W. Suite 540

e, VA. 24011-2208