CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN The United States District Court

For The Western District of Virginia

Allee V. AUSA et al

    Assigned to: Judge James P. Jones

    Referred to: Magistrate Judge Pamela Meade Sargent

    Cause: 28:1331 Federal Question: Bivens Act

| | |
|---|---|
| Justin James Allee,<br>    Plaintiff,<br>V.<br>AUSA et al<br>   Defendent(s) | )<br>)<br>) Civil Action No. 7:21-cv-00084<br>)   COMPLAINT<br>) |

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Allee seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Allee's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 and 18 U.S.C. §3626 of the Federal Rules of Civil Procedure.

2. The Western District of Virginia is an appropriate venue under 28. USC Section 1391 (b)(2) because it is where the events giving rise to these claims occure.

## II Plaintiffs

3. Plaintiff Justin James Allee is and was at all time mentioned herein a prisoner at U.S. Penitentiary(s) U.S.P McCreary and U.S.P Lee in the custody of the Bureau of Prisons.

## III DEFENDANTS

4. United States of America, legally responsible for all it's citizen(s)

5. Former Attorney General William Barr, legally responsible for all operations of the Dept. of Justice.

6. Former Acting Federal Bureau of Prisons (F.B.O.P.), Director Higgins, legally responsible for overall operations of the F.B.O.P and it's institutions under it's jurisdiction.

7. Current Acting F.B.O.P. Director Carvajal, legally responsible for the overall operations of the F.B.O.P and all it's institutions under it's jurisdiction.

8. Inspector General Michael E. Horowitz for the F.B.O.P in his legal obligation & responsibility.

9. Medical Director Jeffery D. Allen, MD, For the F.B.O.P. in it's legal obligation & responsibility.

10. Mid Atlantic Regional Director J.C. Petrucci, legally responsible for the overall operations of F.B.O.P. institutions under it's jurisdiction.

11. Mid Atlantic Administrative Coordinator Michael Frazier, legally responsible for Administrative Remedy Concerns.

12. United States Penitentiary Lee Warden Streeval, legally responsible for overall operations of the Institution.

13. U.S.P. Lee Warden Hicks, legally responsible for decisions in overall operations of the institution.

14. U.S.P Lee Warden Goldey, legally responsible For decisions of overall operations of the institution.

15. U.S.P Captain Kemmerer, legally responsible for the conduct and orders to the guards & overall operations of the prison.

16. U.S.P Lee Medical Administrator Mrs. Sylors, legally responsible for health issues & concerns at the institution & it's collective effects.

17. U.S.P Lee Administrative Remedy Coordinator N. Mollica Executive Asst, legally responsible in processing Remedies.

18. Lieutenant Mullins, legally responsible for P.M. operations at U.S.P. Lee as mentioned.

19. Lieutenant LaFave, legally responsible for A.M./P.M. operations at U.S.P. Lee as mentioned.

20. Correctional Officer Bradburn, legally responsible of P.M. conduct as mentioned.

21. Correctional officer J. Robbins, legally responsible of A.M./P.M. (SHU) Special Housing Unit as mentioned.

22. Several Unidentified Correctional officers, legally responsible of P.M. conduct as mentioned.

23. United States Penitentiary Lee Union officials, legally responsible for conduct of Policy & Guards (Names Unknown).

A. Current Facility & address: United States Penitentiary Lee; P.O. Box 305. Jonesville, VA. 24263

B. Where did this action take place; F.B.O.P Institutions, and United States Penitentiary Lee — 1-Unit Housing.

C. Have begun in Federal Court Roanoke Division with the facts of this complaint. 1) 4th Cir U.S. District Court Western Division of Virginia 210 Franklin Rd,. RM.540 Roanoke, VA. 24011  2) Case # 7:21-CV-00088 Allee V. Streeval.

D. I have filed grievances regarding the facts of this complaint, resulting in: EXHAUSTION of Legal Remedies; and on going.

## IV. EXHAUSTION OF LEGAL REMEDIES

24. I have both completed to the best of my abilities from informal to central office to exhaustion and on-going only to be further retaliated upon and hindered in the process and placed in imminent threat.

25. My remedies are A) being considered as neither granted or denied B) Rejected C) denied, and D) Seized.

26. I field sensitive remedies with Mid Atlantic region concerning violations of my constitutional & human rights being violated by the Warden, Captain & various Prison officals only to be told, "these issues weren't sensitive" and to "File a BP-9 in the institution."

27. I did as instructed, and the harassment & retaliation by staff denying my entire housing unit recreation & commissary, shaking down the Unit-cells-and People daily; using the main intercom system to agitate prisoners nightly by screaming & singing.

28. Staff continue telling other prisoners it's because of me filing, mainly I-unit officer White, J.A. Robbins & Lt. LaFave; they've told prisoners, "You'll see what happens to people who File."

29. I have been verbally & physically assaulted.

30. Staff even gave most I-unit jobs if they stopped or didn't file? WHILE JUST COMING OFF QUARANTINE FOR COVID NOV-DEC 2020. Which has caused covid to infect the rest of the U.S.P Prisoner Population.

31. I've Filed Remedy #'s IRN MM-56-20 ; 1063353-F1; MM-04-21; MM-05-21; 1071033-F1; 1069911-R1; 1067185-F1; 1067922-F1; 1067305-R1; and one I'm not certain of the # because it along with several others have been Seized - 1052226-R1 - but the ACLU NY National Office, Corrections Information

Counsel in Washington, DC., AG William Barr, The Inspector General, and the office of Professional Conduct & Responsibility all have copies.

I'm being denied, rejected, hindered and threatened for using legal remedies and with the courts legal balance I will continue being denied No matter how I file due to the Nature I've truthfully contextualized.

I. SUPPORTING FACTS

32. The United States of America claims it's Prison Institution(s) are a top Standard of Professionalism - correction(s) & rehabilitation; Prison industries, the incarceration of PEOPLE is America's third largest business. Yet America's Prison institutions have for over and counting 400 years only acted as retribution centers demoralizing our Nation(s) Citizen(s) and our National goals of equality, liberty, and the pursuit of happiness by preserving Prejudicies & Anomosities threw Institutional racism

33. Judical Authorities (HANDS OFF) Policy on Prison Administration(s) has allowed Prison institutions to become unsafe centers of madness; an institutional look into everything that is going wrong in our Society, from Failed Academia - Addiction - to Institutional Racism.

34. Prison Institution(s) & it's officals have become what amounts to FASCISM; their Bill of Rights allows deflection & denial of responsibility & Trust by citing "Discreation of The Warden - Safety & Security of The Institution" (Clauses). Prison officals are wantingly unable to give honest answer(s). They will justify all it's conduct by creating F.E.A.R. ; Misconduct encluding torture & murder, neligence resulting in murder by Prison officals is often held responsible by

those same officers being promoted.

35. Prison institution(s) and it's populations have exploded by the BILLION(S) of dollars a year only to have overcrowded prison populations in the million(s) of PEOPLE who're housed in unsafe conditions creating social conflicts & complex behavioral issues that mere " INCARCERATION " in idle perverse warehousing of PEOPLE as punishment can NEVER correct - make right - or rehabilitate.

36. Prison offical's use ideologies & training tactics of force & aggression by utilizing separatist division, tactics to control, demoralize, and manipulatively disrupt prisoners. — Tactics that have criminally and radically divided the individual and collective identity of our communities & Nation(s).

37. These profane and perverse ideological separatist tactics have become a glorifide criminal gate way that has violantly triggered within our societies exchanges a weakening of Americas collective Academics, theraputics, economic(s), Indfranstructual designs and our GEO/ECO Compass channels that are failing in large part because of Americas oppressed obsessive investments in incarc- erating our societies broken & poverished rather than investing in theraputics and stimulating our innovative channels. The Standard(s) of Americas Prison Institution(s) have drasticlly crippled the rationality of our public.

38. Prison Reform Litigation by various Governing bodies and private struggles, encluding congressional, Senate, and executive branches of our government, like: The First Step Act - The Second Chance Act, and The Cares Act along with various law changes have shifted the focus in prisons & sentencing. A focus that undermines the economics of prison institutions; by cutting it's budget and

freezing it's hiring rates. This shift challenged & threatens the Prison fieldom, causing officals to respond by further enducing "Environmental ignorance".

39. Forcing environmental ignorances by confining individuals in a manner Prison officals know will result in patterns of behavioral dysfunctions causing decisions and actions of the worst outcomes, like: Housing sex offenders with non-sex offenders and gouerment cooperators with non-cooperators and the Guards revealing to other prisoners other prisoners convictions. This is done to stimulat blind public support by causing the F.E.A.R. of Prisoners being chaotic so theirs a blind justification to further order the usage of policies incarcerating PEOPLE in harsh manners that in all reality makes No Sense and makes No corrective behaviors other than to have Prison officals making higher wages than Police – military – Emergancy medical tech(s) and Teachers ; TRILLION(s) of dollars are being WASTED in Prison institutions and the recidivism & institutional data prooves this FACTUAL TRUTH.

40. F.B.O.P. housing – employment – incident reports – and medical reports are DATA that will factually reveal the standard for prisoners is an incentivized culture of negativity and violence promoted as a curricula by prison environments bringing out the worst of all envolved. It's cruel and deliberate neligence, an absolute failure & waste of BILLIONS of dollars a year causing lose of life – liberity – pursuite of happiness and property by incarcerating People in sadistic conditions unjustifible.

41. Any claim that prison(s) especially United States Penitentiary(s) are confining PEOPLE in humane & safe community based

condition(s) is an outright lie! An undisclosed review of records and an investigation will proove that many of our community conflicts, even global conflicts are caused by our failed penal codes and Prison institution(s).

42. The Failure to provide Safety measures for incarcerated people are the same measures used in response to COVID. Allowing Staff & Prisoners to become highly infected and die rather than admit = OVERCROWDED Prison conditions that cause non-stop conflict & violence are the very real circumstantial reasons why NO ONE Person had an effective response for a virus, Physical or spiritual. Prison officals are only concerned with Prestige & higher wages.

43. THE F.B.O.P. knew in early March 2020 how viral this virus is by multiple prisoners & staff becoming infected & dying. Yet, the Dept. of Justice, AG William Barr, and F.B.O.P. officals refused releasing prisoners after congress ordered it; even refusing to release prisoners having served 2/3 of their sentence, or meeting other acknowledged critiera(s) ie, 1/2 way house, home confinement, & having underlinning health issues.

44. Refusing to Reduce Prison Populations like the F.B.O.P. has is a blind greed that caused the failure to control this virus, not only in America's Prisons but in our Nation, because.

45. Dept. of Justice officals conducted high traffic activities that caused over exposure

46. Rather than intellectually stepping back and considering collective Safety? it worried about dollar(s)/profit. Prison officals at U.S.P. Lee & many other Prison institutions continued facilitating as if everything was business as usual, except locking down Prisoners

in their cell(s) more than 23 hrs a day and using corporal punish-ment to deny allowing prisoners out of their cells citing COVID Falsely yet demanding higher wages while our society reached a revolting breaking point.

47. The Dept. of Justice & Prison officals at U.S.P. Lee housed incoming and outgoing prisoners in the same units.

48. Prisoners infected were isolated with NON-infected prisoners once a Prisoner tested positive s/he was moved to another cell, that same cell was then filled with a negative testing prisoner without grace time or disenfective.

49. Staff testing positive were NEVER required to stay off prison grounds or not to have contact with Prisoners.

50. Staff were NEVER mandated to wear PPE, or follow CDC Guidelines yet claim they are, but to this date late March 2021 (are not) and Recorded camera footage prooves this.

51. Prisoners were Never given any chance to socially distance or protect themselves from COVID due to Institutional designs of Single & double cell occupation program statement violations & attitudes towards them; our lives are being disregarded and subjected to deliberate health concerns & standards of abuse (no-matter) our sentences.

52. Prison officals at U.S.P. Lee, in I-unit, and other units, inside 10 days, in mid summer 2020, conducted two institutional body & cell searches wearing little to NO PPE and if they did use gloves?, No Exchanges of gloves or masks after physically touching everything & everyone was ever made, nor being considered to this day.

53. FACTUAL INFECTION RATES AND FACTUAL DOCUMENTED

measures will contextualize the true reality that we as a modern humanity seeking happiness & solidarity must NOT IGNORE:

54. Prison standards of today are false, and do not meet modern societies needs yet do represent everything that's wrong in our society.

55. Failing to provide safety has created wide spread health issues in prisons, causing even prison officals to retire and file civil compliants. Yet Prison Administrators are continuing to claim control and continuing to violate prisoners by Justifying restrictive schedules of housing prisoners in trash & sewage and 56 plus hours cell confinement and retaliating on anyone voicing complaints; prisoners able to be placed in home confinement, ½ way house - or lower custody placement are having Prison officals planting drugs - weapons and various false misconduct reports used against them to use security management veribles to construct a Narritive of F.E.A.R for the court & public that, "We couldn't release these People because of the threat they present."

57. Beginning early March 2020, I approached Administration in person and by email several times concerning unsanitary conditions of being left in our cells for days with foodwaste and trash; with our unit and cells often flooded with sewage two to three times a week and our communication stations being broken and the rotation schedule being used over exposing us to COVID only to have Warden Streeval Aug 28th 2020 send Captain Kemmerer, Lt. Mullins, Lt. Hamilton, P.M. compound C.O. Martin, C.O. Bradburn and several unidentified prison officals wearing deathhead & Joker masks to storm my cell, strip me

naked in the shower cages in full view of the unit population and destroy all my property by throwing it in the trash while C.O. Bradburn and another C.O. continued to threaten me with placement in (SHU) off camera where non-compliant inmates are dealt with: I'm understating the words and threats towards me that day: See Neal V. U.S.P Lee, Neal V. Leu, and Mendez V. Leu 4TH Cir 2020 to get a small taste of Staff brutality towards Prisoners.

58. However, I continued petitioning on my behalf and other Prisoners rights, and so.

59. On Jan 14TH 2021 Lt. LaFave and J. Robbins left an Administrative Staff & Captain Kemmerer SHU meeting to leave that meeting and randomly search 1-225 where I'm confined; two officers from SHU to search my cell even thou two unit officers are already assigned? A weapon found, found in a cell of a person whose only ever had one weapon report while taking said weapon from one of several inmates attempting to attack me, and finding a weapon on me, a person having a near excellent program review the last eight years and being considered for State & Federal clemency # C184480. Thus Placing me in SHU over two months, finding me guilty even thou there was three different reports; J. Robbins, the Captain, and OHO.

60. I filed requesting an investigation for this planting a weapon as retaliation & hinderance for filing remedies and vocalizing concerns of mental distress over being housed restrictively non-stop over 3 years in environmental hazards and being exposed and infected with COVID by staff continuing to search my person, my cell, and placing an infected person in the same Air Vent 1-125

Abram Hernandes, as me 1-225 and an Exposed person, Matthew Constonce # 25328-178 in my cell... I asked that this weapon (found behind a bed post) be finger printed. Only to have Captain kemmerer misdirect the investigation in remedy response that (the weapon was found on me) in March 2020. The DHO officer said, (it was found in a crack) 2021 ; (all) in complete opposition of themselves and report.

61. Pointing this out in Administrative Remedy caused the Administrative Remedy Coordinator N. Mollica to reject & seize my documents in this matter & (all) my Admin Remedy Staff responses.

### VI   Supporting FACTS

62. Prison officals since 2018 have drawn a false record of me being a trouble-maker, for? For stopping conflicts amongst the Prison Populations of America & abroad? For pointing out to U.S.P McCreary Warden Gomez, Captain Thompson, Education Supervisor Boler ; U.S.P. Lee Warden Breckon, A.W. Leu, Warden Streeval, Captain Kemmerer, and Education Sizemore that the B.O.P is stimulating patterns of environmental ignorances as mentioned, to enclude: discontinuing access to programming & education; restrictive movement to extreme idle conditions; even denying access to communication, mail, visits, and using corporal punishment to confine us in our cells if other prisoners fail to conduct according to rules, all causing agitation and violence to undermine prison reform and in direct violation of their own Program Statements.

I'm no Angel by any means, however. I've assisted a multitude of Prison Reform Channels; Ban The Box, Campaign For Youth Justice, Citizens Against 924 C Mercy Me; Various other outreach

community programs, like: Intervention Specialist for the Omaha Boys & Girls Club of America Beto Gonzales; Men of Influence Oakland Cali; GoGI, Rev Dr. Mara L Taylor. Various Prison officials: Restart Chaplian Woods, Warden Holland, Mrs. Partin, Chaplian Woods in the Inner Vision Project & The Reentry Program. Dr. Booker of U.S.P. McCreary's Challenge Program; Recreation — Education — and the Chaplian Service Centers.

I'm also a big promoter of Prison lives Matter Movement & mission to End All Racial Hostilities & Gang Conflicts to Change the negative culture of Prison Institutions that very muchso influence our Youth.

I also managed & Co-wrote a Prison Newsletter with A.W. Barron, Mrs. Partin, Lt. Phillips and three other prisoners. But now, Now I'm a trouble-maker with one misconduct report in eight years until this false weapon was planted. Is it because I was misconduct free attempting to be transferred from this sadistic hell hole, or? Because I've begun learning and encouraging "Due Process"---.

## VII    LEGAL CLAIMS

63. These violations are in complete violation of constitutional and human rights. These issues violate the safety of our republic & the People of humanity. It violates life — liberty — Property — and the Pursuite of happiness. The conduct & standard of Americas Prison Institutions are a deliberate and reckless indifference to Prisoners and Public lives and violate Due Process & Federal laws. It Is inappropriate, unprofessional and unsafe environmental issues of criminal design.

## VIII    PRAYER RELIEF

64. WHEREFORE, Plaintiff respectfully prays that this court enter Judgement, report & recommendations under its power granting plaintiff:

65. Grant plaintiff Allee a declaration that the acts and omissions described herein violated the rights of humanity under Constitution and laws of the United States, and

66. A preliminary & permanent injunction ordering defendants and Prison Industries to cease their violations & begin a transperant transformation of its Institutions, by

67. Reduce The Prison Population by
(A) Retroactively Reinstate Federal Parole (B) Release All Prisoners having served 2/3 of their sentence or having served over 20 years in prison to home confinement or 1/2 Way house settings – An Action that will stimulate physical & spiritual growth as well as financial growth creating Jobs & Commerce). (C) Determin 20–25 yr's for a Life Sentence.

68. Discontinue cell rotations in General & Solitary confinement Population.

69. Discontinue Forcing Prisoners to occupy the same cell, it causes violence – murder – even rape.

70. Discontinue using cuffs & chains to shackel Prisoners to bars and bunks as restraints.

71. Discontinue kneeling on the Neck & Backs of restrained prisoners.

72. Mandate PPE during Any future Pandemics or natural disasters, NOT AS A CHOICE...

73. Mandate All Prison officals — employees to wear BODYCAMS — then you'll see the so-Called Professional standard & why Prisons don't work as is.)

74. Mandate All Prison officals to receive at-least two years

Psychotherapy Sessions & training — then we'll establish corrections & rehabilitation).

75. Place Prisoners within Range of their communities.

76. Institutional Transformation by Real Incentivized Programming, like: TATToo removal; engaged visits on & off Prison grounds, especially for confined People with children; conjugal visits; and access to employment programs that earn saving for release by having work passes & living quarters.

77. Introduce Social engagement & humanity to Prison environments with Policies of not allowing Prison officials to use abusive language & demeaning Profanities. There's so much derogatory bigotries & profanity. It's absolutely Sadistic!

78. EMOTIONAL Support Programs, To BE EXPLAINED.

79. UP-DATED access to Prescribed medications; as is, the only medications are Metabolism inhibitors, causing sluggish & depressive functionality, patterns of behaviors resulting in passive aggressive & impulsive explossions. Veterans – Prisoners – and Prison officials suffer the same PTSD & Traumatic symptoms from War Zones, conditions that are causing criminality-violence-death - and suicide to be as high as are, because. We use the wrong medications & attitude towards incarceration & addiction. Medications need to enclude higher frequency stimulates that espose relaxation & increased cognitions — like CBD...

80. UP-DATE Prisoners access & ability to receive education-media - communication with support - family by tablets & Portable devices at Prices that don't exploite US and our loved ones.

81. Encorporate GOGI, gettingoutbygoingin.org; The Lionheart

Foundation.org ; giving prisoners the channel curriculars to develop an environment conducive to a Power Source of healing by learning Positive decision making skills which will alter the destructive culture in our society in this Generation.

82. So that Our Nation as a United BLACK, LATIN, ASIAN, CAUCASIAN, KNATIVE, PEOPLE Can begin discontinuing to allow our PAST Prejudices to dictate our lives by lies & hate : DISMANTLE & RAZEN any and All institutions once having Facilitated Slavery & Forced Relocation of Indigenous People.

83. Close United States Penitentiary Lee to set a real & clear Standard Notice of Professional Conduct.

84. A preliminary & Permant injunction ordering named defendants to discontinue denying and Sabatoging the release of prisoners and discontinue forcing prisoners to take cellies and discontinue restrictive cell confinement as corporal punishment.

85. Compensatory damages in the amount considered by the Court to equal the injury against each defendant jointly and Severally.

86. Punitive damages in the amount determined to be fair and paying existing restitution.

87. A jury by trial on all issues triable by jury.

88. Plaintiffs Cost in suit.

89. Plaintiffs access to counsel for writ of Habeaus Corpus Appeals.

90. Any additional relief this court deems just - proper & equitable.

Date March 20th

Justa allee

16 of 17

Respectfully submitted by Justin James Allee # 16473-047
U.S. Penitentiary Lee P.O Box 305. Jonesville, VA. 24263.

### VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except, as to matters alleged on information and belief, and, as to those, I believe them whole heartedly to be true. I certify under penalty of perjury and lose of civil & Judical corrections that the forgoing is true & correct.

Justin Allee

EXECUTED @ USP Lee, Jonesville, VA. 24263

17 of 17

Justin Allee #16473-084
U.S. Penitentiary Lee
P.O. Box 305
Jonesville, VA. 24263

CERTIFIED MAIL®

7020 0640 0000 9425 3202



U.S. POSTAGE PAID
FCM LG ENV
JONESVILLE, VA
24263
MAR 23, 21
AMOUNT
**$0.00**
R2305K138589-01

1000    24011

Clerk, U.S. District Court
210 Franklin Rd, S.W. Suite 540
Roanoke, VA. 24011-2208